JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JESUS PEREZ, | Case No. CV 16-2775-SVW (KK) |
| Petitioner, | JUDGMENT |
| v. | |
| SHAWN HATTON, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED: (1) the Petition for a Writ of Habeas Corpus is DENIED; and (2) this action is DISMISSED with prejudice.

Dated: July 28, 2016

_____
HONORABLE STEPHEN V. WILSON
United States District Judge